FILED: April 1, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1424
(1:12-cv-00712-GBL-JFA)

_____

MARGARITA V. SERNA

       Plaintiff - Appellant

and

LINDA I. VALERINO; DORA M. ALVARADO; JEFFREY L. BOHN; TAM M. WYATT

       Plaintiffs

v.

ERIC H. HOLDER, JR., in his official capacity as United States Attorney General

       Defendant - Appellee

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:12-cv-00712-GBL-JFA |
| Date notice of appeal filed in originating court: | 03/28/201303/28/2013 |

| Appellant (s) | Margarita Serna |
|---|---|
| Appellate Case Number | 13-1424 |
| Case Manager | Tony Webb<br>804-916-2702 |