UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at www.ca4.uscourts.gov/cmecftop.htm.

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. __13-1424__ as

☐ Retained  ☐ Court-appointed(CJA)  ☐ Court-assigned(non-CJA)  ☐ Federal Defender  ☐ Pro Bono  ☑ Government

COUNSEL FOR: Eric H. Holder in his Official Capacity as Attorney General of the United States

_____ as the
(party name)

☐ appellant(s)  ☑ appellee(s)  ☐ petitioner(s)  ☐ respondent(s)  ☐ amicus curiae  ☐ intervenor(s)

/s/
(signature)

R. Joseph Sher
Name (printed or typed)

703-299-3747
Voice Phone

Office of the United States Attorney
Firm Name (if applicable)

703-299-3983
Fax Number

2100 Jamieson Ave

Alexandria VA 22314
Address

joe.sher@usdoj.gov
E-mail address (print or type)

## CERTIFICATE OF SERVICE

I certify that on __April 1, 2013__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

D.Z. Kaufman, J.D. Ph.D., VSB 33135
Kaufman Law, A Professional Corporation
11350 Random Hills Road, Suite 800
Fairfax, VA 22030
david@BusinessBrawls.com
www.BusinessBrawls.com
Telephone: 703-764-9080

/s/
Signature                                         Date

11/17/2011
SCC