UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

April 23, 2013

_____

RULE 45 NOTICE
DOCKETING FORMS

_____

No. 13-1424,     Margarita Serna v. Eric Holder, Jr.
                 1:12-cv-00712-GBL-JFA

TO:    David Kaufman

**FORMS DUE:** 05/08/2013

The court has not received the form(s) checked below which it previously directed be filed. Please take notice that the court will dismiss this case for failure to prosecute pursuant to Local Rule 45 unless the required form(s) are received in the clerk's office within 15 days of the date of this notice. The forms are available for completion as links from this notice and at the court's web site, www.ca4.uscourts.gov.

[X] **Docketing statement - Criminal** or **Docketing statement - Civil or Agency** required

[X] **Disclosure of corporate affiliations** required

[X] **Appearance of counsel** required

[ ] **Transcript order form** required


Tony Webb, Deputy Clerk
804-916-2702