FILED: May 10, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1424

(1:12-cv-00712-GBL-JFA)

_____

MARGARITA V. SERNA

       Plaintiff - Appellant

and

LINDA I. VALERINO; DORA M. ALVARADO; JEFFREY L. BOHN; TAM M. WYATT

       Plaintiffs

v.

ERIC H. HOLDER, JR., in his official capacity as United States Attorney General

       Defendant - Appellee

_____

O R D E R

_____

The court dismisses this proceeding for failure to prosecute pursuant to Local Rule 45.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk