FILED: May 10, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1424
(1:12-cv-00712-GBL-JFA)
_____

MARGARITA V. SERNA

        Plaintiff - Appellant

and

LINDA I. VALERINO; DORA M. ALVARADO; JEFFREY L. BOHN; TAM M. WYATT

        Plaintiffs

v.

ERIC H. HOLDER, JR., in his official capacity as United States Attorney General

        Defendant - Appellee

_____

RULE 45 MANDATE
_____

      This court's order dismissing this appeal pursuant to Local Rule 45 takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*